IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TOTAL QUALITY SYSTEMS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> UNIVERSAL SYNAPTICS CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | **MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR REPLY** <br><br> 1:22-cv-00167-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Now before the court is Plaintiff/Counterclaim Defendant Total Quality Systems, Inc.'s (TQS) Motion for Leave to File Sur-Reply (Motion for Leave),[1] which relates to Defendant/Counterclaim Plaintiff Universal Synaptics Corp.'s Motion for Leave to File Second Amended Counterclaim.[2]  For good cause appearing, the Motion for Leave is GRANTED.  TQS is authorized to file the sur-response attached to its motion.

SO ORDERED this 30th day of September, 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief

---

[1] Dkt. 92.

[2] Dkt. 81.